UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>INTUIT INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-03441-ABJ |

**UNOPPOSED MOTION TO EXTEND THE TERM OF THE MONITORING TRUSTEE**

  Plaintiff, United States of America, respectfully moves for an extension of the term of monitoring trustee Wan J. Kim, Esq. until September 14, 2022. Unless his term is extended, it will expire on June 14, 2022. Defendant Intuit Inc. does not oppose the requested extension of Mr. Kim's term.[1]

  On December 23, 2020, this Court appointed Mr. Kim to monitor Defendants' compliance with the Final Judgment. *United States v Intuit Inc., et al.*, Civil Action No. 1:20-cv-03441 (D.D.C.) (ECF No. 12). Pursuant to Paragraph X.B of the Final Judgment, the monitoring trustee has "the power and authority to monitor Defendants' compliance with the terms of [the] Final Judgment and the Asset Preservation Stipulation and Order entered by the Court." *Id.*, (ECF No. 16).

  Pursuant to that authority, Mr. Kim has been engaged in ongoing activities monitoring Intuit's compliance with the requirements of the Final Judgment, including by investigating facts underlying potential violations of the Final Judgment that were reported by Inuit but have not yet

---

[1] On December 3, 2020, Defendant Intuit, Inc. completed its acquisition of Defendant Credit Karma.

been resolved. The United States has reviewed Mr. Kim's reports and believes that extending the monitoring trustee's service will provide necessary time for Mr. Kim to complete his ongoing activities which will assist the United States in evaluating Intuit's compliance with the Final Judgment.

The United States believes that Mr. Kim's work may be concluded by September 14, 2022. If his work is not completed by that date, the United States may request that the Court extend Mr. Kim's term again. Accordingly, the United States petitions the Court to extend Mr. Kim's term until September 14, 2022.

Dated: June 10, 2022                                           Respectfully submitted,

/s/ Michele Trichler
Michele Trichler (D.C. Bar # 888273616)
Brian Hanna
U.S. Department of Justice,
Antitrust Division
Office of Chief Legal Advisor
450 Fifth Street, N.W.
Washington, DC 20530
Telephone: (202) 394-5211
Michele.Trichler@usdoj.gov
Brian.Hanna2@usdoj.gov